**SIX WEST RETAIL ACQUISITION, INC., Plaintiff–Counter–Defendant–Appellant,**

v.

**SONY PICTURES ENTM'T CORP., et al., Defendants–Appellees,**

**Talent Booking Agency, Inc., et al., Defendants–Counter–Claimants–Appellees,**

**Sony Elecs. Corp & Sony Theatre Mgmt. Corp. Defendants.**

No. 04–2419.

United States Court of Appeals, Second Circuit.

March 30, 2005.

Jeffrey H. Howard, Crowell & Moring LLP (Clifton S. Elgarten and Kent A. Gardiner, on the brief), Washington, DC, for Appellant.

Gerson A. Zweifach, Williams & Connolly LLP (John E. Schmidtlein, Christopher N. Manning, Williams & Connolly LLP, Washington, DC; Fredric W. Yerman, Phillip A. Geraci, Kaye Scholer LLP, New York, NY, on the brief), Washington, DC, for Sony Appellees.

Alexander R. Sussman, Fried, Frank, Harris, Shriver & Jacobson LLP (Brian J. Howard and Sima S. Ahuja, on the brief), New York, NY, for Loews Appellees.

PRESENT: WALKER, Chief Judge, MESKILL, and JACOBS, Circuit Judges.

### SUMMARY ORDER

Six West Retail Acquisition, Inc. appeals from orders of the United States District Court for the Southern District of New York (Loretta A. Preska, *Judge*): (1) denying its motion for recusal under 28 U.S.C. § 455, *Six West Retail Acquisition, Inc. v. Sony Theatre Mgmt. Corp.*, No. 97 Civ. 5499, 2003 WL 282187 (S.D.N.Y. Feb. 7, 2003); (2) denying, by an endorsement dated February 14, 2003, its motion for leave to file an amended complaint; and (3) granting appellees' motions for summary judgment, *Six West Retail Acquisition, Inc. v. Sony Theatre Mgmt. Corp.*, No. 97 Civ. 5499, 2004 WL 691680 (S.D.N.Y. Mar. 31, 2004).

Substantially for the reasons stated in the district court's orders and opinions, we AFFIRM.